# Third District Court of Appeal

## State of Florida

Opinion filed December 15, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D21-0260
Lower Tribunal Nos. 07-7538 CC & 20-0234 AP

_____

**United Automobile Insurance Company,**
Appellant,

vs.

**Primary Health Services, a/a/o Odalys Rodriguez,**
Appellee.


An Appeal from the County Court for Miami-Dade County, Gloria Gonzalez-Meyer, Judge.

Michael J. Neimand, for appellant.

Panter, Panter & Sampedro, P.A., and David Sampedro, for appellee.


Before FERNANDEZ, C.J., and LINDSEY, and HENDON, JJ.

PER CURIAM.

Affirmed.